**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:    GODINES, FIDEL    §    Case No. 12-42589
§
§
Debtor(s)    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 05/20/2015 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/22/2015    By:    /s/Eugene Crane
                                                                 Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GODINES, FIDEL § Case No. 12-42589
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,000.00 |
| *and approved disbursements of* | $ 32.18 |
| *leaving a balance on hand of* [1] | $ 11,967.82 |
| **Balance on hand:** | $ 11,967.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,967.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,844.50 | 0.00 | 3,844.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 54.36 | 0.00 | 54.36 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,848.86 |
| Remaining balance: | $ 6,118.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,118.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,118.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,837.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CACH, LLC | 2,861.46 | 0.00 | 1,615.57 |
| 2 | American InfoSource LP as agent for US Cellular | 847.99 | 0.00 | 478.77 |
| 3 | Portfolio Recovery Associates, LLC | 4,060.44 | 0.00 | 2,292.52 |
| 4 | Portfolio Recovery Associates, LLC | 3,067.84 | 0.00 | 1,732.10 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,118.96 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,649.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | American InfoSource LP agent for Midland Funding LLC | 1,649.83 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-42589-ERW
Fidel Godines                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton           Page 1 of 2              Date Rcvd: Apr 22, 2015
                              Form ID: pdf006           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2015.
```
db           +Fidel Godines,    8403 Mansfield Ave,    Burbank, IL 60459-2532
19618470     +2625 N. Clark Street Private Reside,    4733 Paysphere Circle,    Chicago, IL 60674-0047
19618471      ADT Alarm Security System,    PO Box 371967,    Pittsburgh, PA 15250-7967
19618473     +Aurora Bank,    c/o Barbara Dutton,    10325 W. Lincoln Hwy.,    Frankfort, IL 60423-1280
19618474      Bank of America Home Loans,    Correspondance/Bankruptcy Dept.,    ca6-919-01-41 PO Box 5170,
               Simi Valley, CA 93062
19618476     +Bank of New York,    c/o Fisher & Shapiro,    2121 Waukegan Rd., #301,
               Bannockburn, IL 60015-1831
19618475     +Bank of New York,    c/o Fisher & Shapiro,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
19618477      Chasecard,    Bankruptcy Department,    PO Box 15398,    Wilmington, DE 19850
19618478     +City of Chicago,    Dept of Water Management,    PO Box 6330,    Chicago, IL 60680-6330
19618480      ComED Residential,    c/o CBE GROUP,    PO Box 900,    Waterloo, IA 50704-0900
19618481      Countrywide Home Loan,    Mail Stop PTXA-65,    7105 Corporate Drive,    Plano, TX 75024-4100
19618482      HSBC,    Bankrupty Department,    PO Box 5226,    Carol Stream, IL 60197-5226
19618484     +LCS Financial,    6782 South Potomac Street,    Suite 100,    Centennial, CO 80112-3915
19618485      Metris,    c/o CACHLLC,    4340 S. Monaco, Second Floor,    Denver, CO 80237
22721829     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,
               successor to CHASE BANK USA, N.A. (HERIT,    POB 41067,    Norfolk VA 23541)
19618489     +Portfolio,    120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502-4962
19618490     +Santander,    PO Box 105255,    Atlanta, GA 30348-5255
19618491      Santander Consumer USA,    Attn: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX 75356-0284
19618493      T Mobile Wireless,    Attn: Bankruptcy Dept.,    PO Box 37380,    Albuquerque, NM 87176-7380
19618495     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court:   US Dept ED,    PO Box 7202,    Utica, NY 13504-7202)
19618494     +US Cellular Chicago,    c/o ARS,    3031 N. 114th Street,    Milwaukee, WI 53222-4218
19618496     +Wendy Szczotka,    8403 Mansfield Ave,    Burbank, IL 60459-2532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22618802      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2015 02:10:32
               American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
               Oklahoma City, OK   73124-8838
23158063      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2015 02:10:32
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK   73126-8941
19618472     +E-mail/Text: documents@apellesnow.com Apr 23 2015 02:07:13      Apelles,    PO Box 1197,
               Westerville, OH 43086-1197
22428207     +E-mail/Text: ebn@squaretwofinancial.com Apr 23 2015 02:07:04       CACH, LLC,
               4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
19618479     +E-mail/Text: bknotice@erccollections.com Apr 23 2015 02:06:29       Comcast Cable,
               c/o ENHANCEDRE,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
19618483      E-mail/Text: bnckohlsnotices@becket-lee.com Apr 23 2015 02:05:41       Kohls/CAP1,    PO Box 3115,
               Milwaukee, WI 53201-3115
19618486     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2015 02:06:23      Midland MCM,
               8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
19618487      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2015 02:06:18       Montgomery Wards,
               c/o Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
19618488     +Fax: 407-737-5634 Apr 23 2015 04:08:17      OCWENLOANS,    1661 Worthington Rd., Suite 100,
               West Palm Beach, FL 33409-6493
19618492     +E-mail/Text: bankruptcynotices@dcicollect.com Apr 23 2015 02:07:20       T Mobile,
               c/o Diversified Consultants, Inc.,    10550 Deerwood Pk Blvd, Ste 708,
               Jacksonville, FL 32256-2810
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22708587*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,
               successor to HSBC BANK NEVADA, N.A.,    (HSBC BANK NEVADA, N.A. ),    POB 41067,
               Norfolk VA 23541)
22708585*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,
               successor to HSBC BANK NEVADA, N.A.,    (HSBC BANK NEVADA,N.A. ),    POB 41067,
               Norfolk VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Apr 22, 2015
                              Form ID: pdf006              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2015 at the address(es) listed below:
          David M Siegel    on behalf of Debtor Fidel  Godines davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene   Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```