# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GODINES, FIDEL                                             § Case No. 12-42589
                                                                  §
                                                                  §
                                                                  §
Debtor(s)                                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $13,908.00                          Assets Exempt: $6,408.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,296.26            Claims Discharged
                                                      Without Payment: $69,054.54

Total Expenses of Administration: $5,703.74

---

　　　3) Total gross receipts of $    12,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $18,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,881.04 | 5,703.74 | 5,703.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,789.00 | 13,604.80 | 13,604.80 | 6,296.26 |
| **TOTAL DISBURSEMENTS** | $94,289.00 | $19,485.84 | $19,308.54 | $12,000.00 |

4) This case was originally filed under Chapter 7 on October 26, 2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2015        By: /s/EUGENE CRANE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Francisca Godines Revocable Trust | 1229-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Santander | 4110-000 | 18,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$18,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,844.50 | 3,667.20 | 3,667.20 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 54.36 | 54.36 | 54.36 |
| Rabobank, N.A. | 2600-000 | N/A | 16.10 | 16.10 | 16.10 |
| Rabobank, N.A. | 2600-000 | N/A | 16.08 | 16.08 | 16.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,881.04 | $5,703.74 | $5,703.74 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CACH, LLC | 7100-000 | 2,634.00 | 2,861.46 | 2,861.46 | 1,662.39 |
| 2 | American InfoSource LP as agent for US Cellular | 7100-000 | 1,102.00 | 847.99 | 847.99 | 492.65 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 4,060.00 | 4,060.44 | 4,060.44 | 2,358.94 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 3,068.00 | 3,067.84 | 3,067.84 | 1,782.28 |
| 5 | American InfoSource LP agent for Midland Funding LLC | 7200-000 | 2,062.00 | 1,649.83 | 1,649.83 | 0.00 |
| 6 | Capital One, N.A. | 7200-000 | 1,117.00 | 1,117.24 | 1,117.24 | 0.00 |
| NOTFILED | Montgomery Wards c/o Asset Acceptance | 7100-000 | 1,569.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable c/o ENHANCEDRE | 7100-000 | 382.00 | N/A | N/A | 0.00 |
| NOTFILED | ComED Residential c/o CBE GROUP | 7100-000 | 555.00 | N/A | N/A | 0.00 |
| NOTFILED | OCWENLOANS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | OCWENLOANS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Dept ED | 7100-000 | 25,160.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Dept of Water Management | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| NOTFILED | US Dept ED | 7100-000 | 30,057.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | T Mobile c/o Diversified Consultants, Inc. | 7100-000 | 2,062.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Alarm Security System | 7100-000 | 1,377.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of New York c/o Fisher & Shapiro | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 2625 N. Clark Street Private Reside | 7100-000 | 442.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Bank c/o Barbara Dutton | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$75,789.00** | **$13,604.80** | **$13,604.80** | **$6,296.26** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-42589  
**Case Name:** GODINES, FIDEL

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 10/26/12 (f)  
**§341(a) Meeting Date:** 12/18/12

**Period Ending:** 06/16/15

**Claims Bar Date:** 12/11/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account PNC<br>Orig. Description: Checking Account PNC; Imported from original petition Doc# 1 | 8.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit<br>Orig. Description: Security Deposit; Imported from original petition Doc# 1 | 2,700.00 | 0.00 | | 0.00 | FA |
| 3 | T.V., & Furniture<br>Orig. Description: T.V., & Furniture; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Normal Apparel<br>Orig. Description: Normal Apparel; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Life Insurance Policies Term Death Benefit Only<br>Orig. Description: Life Insurance Policies Term Death Benefit Only; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 2007 Nissan Maxima Santander Consumer<br>Orig. Description: 2007 Nissan Maxima Santander Consumer; Imported from original petition Doc# 1 | 9,900.00 | 0.00 | | 0.00 | FA |
| 7 | 1, Dog<br>Orig. Description: 1, Dog; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Interest in Francisca Godines Revocable Trust (u)<br>Still investigating this asset; assets of Trust not known, therefore value is unknown. | Unknown | Unknown | | 12,000.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$13,908.00** | **$0.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/22/2015: Final Report filed with Court; Final Hearing on 05/20 at 10am, J-Wedoff (dk)  
03/04/2015: Submitted TFR to USTO for review (dk)  
01/19/2015: Possible tax liability.  Lois will check (dk)  
12/31/2014: Received check for $12,000; deposited.  Will close case (dk)  
09/17/2014: Filed Motion to Accept Settlement of 12K from Debtor's family (dk)  
03/31/2014: Debtor made an offer for Ttee's RTI in Trust; negotiating (dk)

Printed: 06/16/2015 02:56 PM    V.13.23

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-42589      **Trustee:** (330350)  EUGENE CRANE
**Case Name:** GODINES, FIDEL     **Filed (f) or Converted (c):** 10/26/12 (f)
    **§341(a) Meeting Date:** 12/18/12
**Period Ending:** 06/16/15     **Claims Bar Date:** 12/11/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/31/2013: In negotiations with Debtor for Trustee's RTI in Trust (dk)

06-06-13: EC left word with Trust atty (2nd message) for information on mother's trust estate - may have to serve him a subpoena (dk)

04/09/13: Debtor has interest in his dead mother's trust estate. Still waiting to hear from atty who prepared trust as to assets and beneficiaries (dk)

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015     **Current Projected Date Of Final Report (TFR):**     April 22, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-42589 | | **Trustee:** | EUGENE CRANE (330350) |
|---|---|---|---|---|
| **Case Name:** | GODINES, FIDEL | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2066 - Checking Account |
| **Taxpayer ID #:** | **-***9289 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 06/16/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/14 | {8} | Scott A. Mazur - PMP Commercial Lending | Payment for Trustee's Right Title and Interest in Francisca Godines Trust per Court Order dated | 1229-000 | 12,000.00 | | 12,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.10 | 11,983.90 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 11,967.82 |
| 05/20/15 | 101 | EUGENE CRANE | Dividend paid 100.00% on $1,950.00, Trustee Compensation;  Reference: | 2100-000 | | 1,950.00 | 10,017.82 |
| 05/20/15 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,667.20, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,667.20 | 6,350.62 |
| 05/20/15 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $54.36, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 54.36 | 6,296.26 |
| 05/20/15 | 104 | CACH, LLC | Dividend paid  58.09% on $2,861.46; Claim# 1; Filed: $2,861.46; Reference: | 7100-000 | | 1,662.39 | 4,633.87 |
| 05/20/15 | 105 | American InfoSource LP as agent for US Cellular | Dividend paid  58.09% on $847.99; Claim# 2; Filed: $847.99; Reference: | 7100-000 | | 492.65 | 4,141.22 |
| 05/20/15 | 106 | Portfolio Recovery Associates, LLC | Dividend paid  58.09% on $4,060.44; Claim# 3; Filed: $4,060.44; Reference: | 7100-000 | | 2,358.94 | 1,782.28 |
| 05/20/15 | 107 | Portfolio Recovery Associates, LLC | Dividend paid  58.09% on $3,067.84; Claim# 4; Filed: $3,067.84; Reference: | 7100-000 | | 1,782.28 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 12,000.00 | 12,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 12,000.00 | 12,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$12,000.00** | **$12,000.00** | |

| Net Receipts : | 12,000.00 |
|---|---|
| Net Estate : | $12,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2066** | 12,000.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)